**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01121

AMANDA WITTMAN,

      Plaintiff,

v.

SOUTH CENTRAL BOARD OF COOPERATIVE EDUCATIONAL SERVICES,

      Defendant.

---

### NOTICE OF REMOVAL
---

      PLEASE TAKE NOTICE that Defendant South Central Board of Cooperative Educational Services ("Defendant" or "SCBOCES"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby removes this action from the District Court, Pueblo County, State of Colorado ("State Court"), to the United States District Court for the District of Colorado. Defendant states as follows in support of its removal on the basis of federal question jurisdiction under 28 U.S.C. § 1331:

**A.    Procedural Background and Timeliness of Removal**

      1.    On March 15, 2021, Plaintiff Amanda Wittman ("Plaintiff") filed a Complaint and Jury Demand against Defendant ("Complaint," attached as **Exhibit A-1**), captioned *Amanda Wittman v. South Central Board of Cooperative Educational Services*, Case No. 2021CV30098 (the "Lawsuit").

      2.    On March 16, 2021, Defendant's counsel accepted service pursuant to C.R.C.P. 4 and received copies of the Complaint, District Court Civil (CV) Case Cover Sheet (**Exhibit A-2**),

and Summons (**Exhibit A-3**). *See also* Waiver of Service of Summons, **Exhibit A-6**.

3.  On April 4, 2021, Defendant filed its Motion to Dismiss Plaintiff's Complaint (**Exhibit A-7**).

4.  On April 8, 2021, Plaintiff filed her First Amended Complaint and Jury Demand ("Amended Complaint," attached as **Exhibit A-8**), superseding Plaintiff's initial Complaint and making Defendant's Motion to Dismiss moot. *See Qdoba Rest. Corp. v. Taylors, LLC*, CIV.A08CV01179MSKKMT, 2009 WL 581549, at *1 (D. Colo. Mar. 5, 2009) (denying defendant's motion to dismiss as moot after plaintiff filed amended complaint).[1]

5.  Plaintiff's Amended Complaint alleges three new causes of action arising under federal law, making the case removable to federal court.

6.  Defendant files this Notice of Removal within thirty days of service of Plaintiff's Amended Complaint. Accordingly, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b)(3).

**B.   Plaintiff's First Amended Complaint is Properly Removable Based on Federal Question Jurisdiction**

7.  This action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b)(3) because it is an action over which the District Courts of the United States have original federal jurisdiction under 28 U.S.C. § 1331.

8.  A claim arises under federal law when the plaintiff's statement of her own causes of action shows that her causes of action are based upon federal law or the United States Constitution. *See Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003); *see also* 28 U.S.C. § 1331. In her Amended Complaint, Plaintiff asserts claims relating to Defendant's non-renewal of

---

[1] On April 8, 2021, Plaintiff filed a Response to Defendant's Motion to Dismiss, which is attached as **Exhibit A-11**.

her employment contract arising under 42 U.S.C. § 1983, alleging violations of the First Amendment's Petition Clause (**Exhibit A-8**, Am. Compl. ¶¶ 50-57); the Fifth Amendment's Taking Clause (**Exhibit A-8**, Am. Compl. ¶¶ 35-42); and the Fourteenth Amendment's Due Process Clause (**Exhibit A-8**, Am. Compl. ¶¶ 43-49).

9. Plaintiff's Section 1983 claims arise under the Constitution and laws of the United States for purposes of 28 U.S.C. § 1331, and accordingly this Court may properly exercise jurisdiction over the Lawsuit.

10. Plaintiff's state law breach of contract claims fall under this Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367 and are properly removable with her federal claims pursuant to 28 U.S.C. § 1441(c)(1).

**C.     Defendant's Removal Complies with 28 U.S.C. § 1446**

11. This action is properly filed in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1446(a) because the District Court, Pueblo County, State of Colorado is located in this federal judicial district. *See* 28 U.S.C. § 85 ("Colorado constitutes one judicial district").

12. The Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

13. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the State Court are attached to this Notice of Removal as Exhibits.[2]

14. Promptly after filing this Notice of Removal, Defendant is serving this Notice of

---

[2] Additionally, copies of counsel for Defendant's Entries of Appearance in the State Court Lawsuit are attached as **Exhibits A-4 and A-5**; and a copy of the State Court docket sheet, as of April 22, 2021, is attached as **Exhibit A-9**.

Removal to Plaintiff and filing a copy of this Notice of Removal with the Clerk of the District Court, Pueblo County, State of Colorado, a copy of which is attached as **Exhibit A-7**. *See* 28 U.S.C. § 1446(d). Such State Court filing shall effect the removal.

15. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever, or that the damages Plaintiff seeks may be properly sought.

**D.     Conclusion**

WHEREFORE, Defendant South Central Board of Cooperative Educational Services respectfully removes this action from the District Court, Pueblo County, State of Colorado, to the United States District Court for the District of Colorado, based on federal question jurisdiction.

Dated: April 22, 2021.

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By*: s/ M. Johnathan Koonce*
　　　M. Brent Case
　　　M. Johnathan Koonce
　　　1120 Lincoln Street, Suite 1308
　　　Denver, CO  80203
　　　(303) 595-0941
　　　hortiz@semplelaw.com
　　　jkoonce@semplelaw.com

ATTORNEYS FOR DEFENDANT

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2021, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was with the Clerk of the Court through the CM/ECF system and served via email correspondence to counsel of record identified below:

Paul F. Lewis
Michael D. Kuhn
Andrew E. Swan
LEWIS | KUHN | SWAN PC
620 North Tejon Street, Suite 101 Colorado Springs, CO 80903
(719) 694-3000
plewis@lks.law
mkuhn@lks.law
aswan@lks.law

*Attorneys for Plaintiff*

By: *s/ Kathleen Schmidt*

5