# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-01121-RMR-KLM

AMANDA WITTMAN,

    Plaintiff,

v.

SOUTH CENTRAL BOARD OF COOPERATIVE EDUCATIONAL SERVICES,

    Defendant.

___

## STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
___

The parties, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice with each party to bear her/its own attorneys' fees and costs.

Respectfully submitted this 6th day of May, 2022.

| | |
|---|---|
| */s/ Andrew E. Swan* | */s/ M. Brent Case* |
| Michael D. Kuhn | M. Brent Case |
| Andrew E. Swan | M. Johnathan Koonce |
| LEVENTHAL \| LEWIS | SEMPLE, FARRINGTON, |
| KUHN TAYLOR SWAN PC | EVERALL & CASE, P.C. |
| 620 North Tejon Street, Suite 101 | 1120 Lincoln Street, Suite 1308 |
| Colorado Springs, CO 80903 | Denver, CO 80203 |
| Telephone: (719) 694-3000 | Telephone: (303) 595-0941 |
| Email: mkuhn@ll.law | Email: bcase@semplelaw.com |
| aswan@ll.law | jkoonce@semplelaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |